FILED
JAN 2 7 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:21CR056 SRC/JMB |
| | ) |
| LE MELL HARLSTON | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury Charges:

## BACKGROUND

At all times relevant to the Indictment:

1.  Le Mell Harlston resided in the Eastern District of Missouri.

2.  West Community Credit Union was a financial institution within the meaning of Title 18, United States Code, Section 20, because it was a financial institution insured by the National Credit Union Share Insurance Fund.

3.  Vantage Credit Union was a financial institution within the meaning of Title 18, United States Code, Section 20, because it was a financial institution insured by the National Credit Union Share Insurance Fund.

4.  Capital One was a financial institution within the meaning of Title 18, United States Code, Section 20, because it was a financial institution insured by the Federal Deposit Insurance Corporation.

5. Synchrony Bank was a financial institution within the meaning of Title 18, United States Code, Section 20, because it was a financial institution insured by the Federal Deposit Insurance Corporation.

**The Scheme:**

6. It was part of the scheme and artifice that from approximately June 2019 to the present, Le Mell Harlston used Social Security Numbers that were not assigned to him in order to obtain loans and lines of credit from multiple credit unions and banks.

## COUNTS 1 THROUGH 5

### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**LE MELL HARLSTON,**

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of the financial institutions listed below, which were financial institutions as defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations, and promises, to wit: by completing and causing to be completed applications for loans and lines of credit from the below named banks, falsely and fraudulently stating and representing that **LE MELL HARLSTON** was assigned the below Social Security Numbers:

| COUNT | DATE | FINANCIAL INSTITUTION | SSN USED | CREDIT AMT |
|---|---|---|---|---|
| 1 | 7/2018 | Capital One | ***-**-2493 | $2,098.00 |
| 2 | 6/2019 | Synchrony Bank | ***-**-2493 | $1,580.00 |
| 3 | 6/2019 | West Community Credit Union | ***-**-2493 | $45,456.00 |
| 4 | 6/2019 | Vantage Credit Union | ***-**-2493 | $35,095.00 |

| 5 | 11/2019 | Capital One | ***-**-9628 | $300.00 |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS 6 THROUGH 10

### 42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**LE MELL HARLSTON,**

with the intent to deceive, and for the purpose of obtaining anything of value from another person and for any other purpose, falsely and fraudulently represented his Social Security Number to be one of the Social Security Numbers enumerated below, when in fact this Social Security Number was either unassigned or assigned to victim A.H.:

| COUNT | DATE | CREDITOR | SSN USED |
|---|---|---|---|
| 6 | 7/2018 | Capital One | ***-**-2493 |
| 7 | 6/2019 | Synchrony Bank | ***-**-2493 |
| 8 | 6/2019 | West Community Credit Union | ***-**-2493 |
| 9 | 6/2019 | Vantage Credit Union | ***-**-2493 |
| 10 | 11/2019 | Capital One | ***-**-9628 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney